IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JIMMY JACKSON LITTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05CV0002 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

ORDER AND JUDGMENT

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, the Court finds that Plaintiff's claims fail as a matter of law. Therefore, Defendant's Motion for Summary Judgment [Document #4] is GRANTED. As a result, Plaintiff's Motion to Declare Invalid [Document #9] is DENIED, and this case is hereby DISMISSED WITH PREJUDICE. Furthermore, Plaintiff is hereby warned that further litigation based on these frivolous and baseless claims will result in additional penalties being assessed against him by the Court.

This, the 7th day of November, 2005.

_____
United States District Judge